■ In the Matter of WILLIAM F. WRAY, an Attorney, Respondent. GRIEVANCE COMMITTEE FOR THE NINTH JUDICIAL DISTRICT, Petitioner

Mangano, P. J., Thompson, Bracken, Kunzeman and Sullivan, JJ., concur.